# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZY NAGY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEN CHEN HSU,<br><br>        Defendant. | Case No. 25-cv-10510-PCP<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 1, 4 |

The Court has reviewed Magistrate Judge DeMarchi's Report and Recommendation concerning defendant Chen Chen Hsu's notice of removal, *see* Dkt. No. 4, as well as Ms. Hsu's subsequent filings, *see* Dkt. Nos. 6, 7. The Court finds the Report correct, well-reasoned, and thorough, and adopts its recommendation to remand this case for lack of subject-matter jurisdiction. Accordingly, the Court orders this case remanded to the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
P. Casey Pitts
United States District Judge